PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Thomas E. Price,
Secretary of Health and Human Services

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. THOMAS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS E. PRICE, SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　　　Defendant. | CASE NO. 2:16-CV-02541 KJN<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

　　　　Defendant Thomas E. Price, Secretary of Health and Human Services, and Plaintiff Glen W. Thomas, stipulate and respectfully request to extend the time period for Defendant's response to the Complaint from June 6, 2017 to August 10, 2017. Defendant requests an extension because due to a backlog of cases, Health and Human Services has informed the undersigned defense counsel that the administrative record will not be ready until approximately July 11, 2017.

Dated: May 5, 2017

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　/s/　*Chi Soo Kim*
　　　　　　　　　　　　　　　　　CHI SOO KIM
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: May 5, 2017

　　　　　　　　　　　　　　　　　/s/　*Glen W. Thomas*　(authorized 5/5/2017)
　　　　　　　　　　　　　　　　　GLEN W. THOMAS
　　　　　　　　　　　　　　　　　Plaintiff

STIPULATION AND ORDER FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT

1

**ORDER**

**IT IS SO ORDERED.**

Dated: May 9, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE