# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC D. HARGAN, ACTING SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　　Defendant. | CASE NO. 2:16-CV-02541 KJN<br><br>**STIPULATION AND ORDER TO VACATE HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S SUMMARY JUDGMENT MOTION PENDING RESOLUTION OF THE CASE** |

　　　　Defendant Eric D. Hargan, Acting Secretary of Health and Human Services, and Plaintiff Glen W. Thomas, are currently working cooperatively to resolve the case. Therefore, the parties stipulate and respectfully request that the Court vacate (1) the current deadlines for Defendant's opposition to Plaintiff's summary judgment motion and Plaintiff's reply, and (2) the December 18, 2017 hearing. [ECF Nos. 27, 28] The parties will provide the Court with a further status update in 14 days (on or before November 24, 2017). If the parties are not able to resolve the case, the parties will propose new hearing dates and deadlines for Defendant's opposition to Plaintiff's summary judgment motion and Plaintiff's reply.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 9, 2017　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

STIPULATION AND ORDER TO VACATE HEARING AND BRIEFING
SCHEDULE FOR PLAINTIFF'S SUMMARY JUDGMENT MOTION　　　　　　　　　　　　1

| | | |
|---|---|---|
| 1 | By: | /s/ *Chi Soo Kim* |
| 2 | | CHI SOO KIM |
| | | Assistant U.S. Attorney |

Dated: November 9, 2017

/s/ *Glen W. Thomas* (authorized 11/9/2017)
GLEN W. THOMAS
Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: November 13, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE