PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Eric D. Hargan,
Acting Secretary of Health and Human Services

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN W. THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, Acting Secretary of Health and Human Services,<br><br>Defendant. | CASE NO. 2:16-CV-02541 KJN<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that, on October 10, 2017, Eric. D. Hargan became the Acting Secretary of Health and Human Services. Accordingly, pursuant to Fed. R. Civ. P. 25(d), Eric D. Hargan is substituted as defendant in place of Dr. Thomas E. Price, and all further proceedings in this action shall "be in the substituted party's name."

Respectfully submitted,

Dated: November 9, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Chi Soo Kim*
CHI SOO KIM
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: November 13, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE